IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | |
|---|---|
| TIMOTHY JOYNER, | |
| Plaintiff, | CIVIL ACTION<br>FILE NO.: 1:14-CV-03414 WSD |
| v. | |
| HEARTLAND EXPRESS, INC., and<br>TRACY LYNN TRUJILLO, | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-styled civil action hereby stipulate that this action may be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each party to bear their own costs. A proposed Order of dismissal is attached hereto as Exhibit "A."

/s/ RAYMOND J. KUREY
Raymond J. Kurey
Georgia Bar No. 430472
**Attorneys for Defendants**

{M0214608.1 12902 }

MCMICKLE, KUREY & BRANCH, LLP
200 S. Main Street
Alpharetta, GA  30009
Telephone: (678) 824-7800
Email: rjk@mkblawfirm.com
Email: swm@mkblawfirm.com

/s/ JOHN A. MAYS, JR.
Georgia Bar No. 537003
**Attorney for Plaintiff**

SCHNEIDER HAMMERS
5555 Glenridge Connector, Suite 975
Atlanta, Georgia 30342
Telephone:  770-394-0047

{M0214608.1 12902 }

## CERTIFICATE OF SERVICE

This is to certify that I have this __23rd__ day ~~August, 2015~~ May 2016, filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

>Robert M. Hammers, Jr., Esq.
>John A. Mays, Jr., Esq.
>Jason T. Schneider, P.C.
>SCHNEIDER HAMMERS
>5555 Glenridge Connector, Suite 975
>Atlanta, Georgia 30342
>**Attorneys for Plaintiffs**

/s/ RAYMOND J. KUREY
For the Firm

{M0214608.1 12902 }